```
          IN THE UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF ARKANSAS
                    WESTERN DIVISION
```

ANTHONY P. LANE                                          Plaintiff

v.                          4:06CV00181 HLJ

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration,                                 Defendant

### ORDER

Plaintiff had requested the appointment of counsel. The Court assumes that Plaintiff is still requesting appointment of counsel. If Plaintiff is no longer requesting appointment of counsel, he should file a pleading within eleven (11) days of the date of this Order indicating that he does <u>not</u> want counsel appointed.

IT IS SO ORDERED.

DATED this 7th day of December, 2008.


*Henry L. Jones, Jr.*
_____
UNITED STATES MAGISTRATE JUDGE